United States District Court
Southern District of Texas
**ENTERED**
August 21, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Yoniskel Duran Cabrera, | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. H-25-6604 |
| | § | |
| Raymond Thompson et al., | § | |
| | § | |
| Respondents. | § | |

**ORDER**

The United States has filed a Motion to Dismiss for Abuse of the Writ (docket no. 6). The Certificate of Service indicates that a copy of the Motion was "served on counsel of record through the Court's CM/ECF system." Because Petitioner is proceeding *pro se* a copy of the Motion must be provided to Petitioner by means of placing a copy in the U.S. postal system and not through the Court's CM/ECF system.

The United States is **ORDERED** to forward to Petitioner, Yoniskel Duran Cabrera, a copy of the Motion to Dismiss for Abuse of the Writ (docket no. 6), **by certified mail, return receipt requested**.

**SIGNED** at Houston, Texas, on this 21st day of August, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE